IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREEDOM SCIENTIFIC, INC.,
a Delaware Corporation

Case No. 8:14-cv-1514-T-30-EAJ

      Plaintiff/Counterclaim Defendant

v.

HIMS, INC.,
a Texas Corporation,

      Defendant/Counterclaim Plaintiff.

_____/

**<u>CONSENT PERMANENT INJUNCTION</u>**

THIS MATTER comes before the Court upon a stipulation of the parties, requesting that a final decree, as to the matters set forth below, be entered as follows:

**BACKGROUND**

1.     This action arises under the patent laws of the United States, Title 35 of the United States Code.

2.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a).

3.     Venue in this Court is proper.

4.     Plaintiff Freedom Scientific, Inc. ("Freedom") is the owner of United States Patent No. 8,264,598 (the "'598 Patent"), and Freedom has the right to sue on the '598 Patent.

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED AS FOLLOWS:**

5.     Defendant is permanently enjoined from further infringement of the '598 Patent, including by importing into the United States, or making, using, selling, or offering for sale in the United States the "Candy 4 HD" magnifier, and from inducing or contributing to others'

infringement of the '598 Patent by performing any of these actions, without Freedom's prior written authorization.

6.     The parties and their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, as well as all successors and assigns of the parties, are bound thereby.

7.     This Court shall retain jurisdiction for a period of one year from the date of this Order over the subject matter and parties to construe, enforce, and implement this permanent injunction, upon application of either party.   All notices in connection with this permanent injunction shall be deemed sufficient to each party when served by certified mail, return receipt requested, overnight courier, or email at the addresses indicate below or at such other place as a party may indicate in writing to the other party.

8.     The parties waive their right to an appeal or otherwise contest this permanent injunction.

9.     Each party shall bear its own fees and costs.

10.     The Clerk of Court is directed to close this case and terminate any pending motions as moot.

**SO ORDERED THIS 2nd day of July, 2015.**

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**CONSENTED TO:**

FREEDOM SCIENTIFIC, INC.                    HIMS, INC.


     /s/ Aaron W. Moore                         /s/ Andrew Y. Choung
Christopher L. Griffin                       Jose I. Rojas
FOLEY & LARDNER LLP                          ROJAS LAW FIRM LLP
100 North Tampa Street                       One Datran Center, Suite 350
Suite 2700                                   9100 South Dadeland Boulevard
Tampa, FL 33602-5810                         Miami, FL 33156
Phone: (813) 229-2300                        Phone: (305) 446-4000
Fax: (813) 221-4210                          Fax: (305) 446-7764


Aaron W. Moore                               Andrew Y. Choung
FOLEY & LARDNER LLP                          GLASER WEIL FINK HOWARD
111 Huntington Avenue                        AVCHEN & SHAPIRO LLP
Boston, MA 02199                             10250 Constellation Blvd
Phone: (617) 342-4000                        Los Angeles, CA 90067
Fax: (617) 342-4001                          Phone: (310) 282-6245
                                             Fax: (310) 785-3545


*Attorneys for Freedom Scientific, Inc.*     *Attorneys for HIMS, Inc.*